UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-against-

20-CR- 268(KMK)

Nehemias Fortin
                            Defendant(s).
------------------------------------------------------------X

Defendant ____NEHEMIAS FORTIN_____ hereby voluntarily consents to participate in the following proceeding via __X_ videoconferencing or _X__ teleconferencing:

____     Initial Appearance Before a Judicial Officer

__X_     Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)PLEA ALLOCUTION

____     Bail/Detention Hearing

____     Conference Before a Judicial Officer


/s/ Nehemias Fortin by JCM            /s/
Defendant's Signature   w/ consent      Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Nehemias Fortin___                   Susanne Brody
Print Defendant's Name              Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

_September 8, 2020
Date                                        U.S. District Judge/U.S. Magistrate Judge