**U.S. Department of Justice**

**MEMO ENDORSED**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

January 4, 2021

**BY ECF AND EMAIL**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Nehemias Fortin*, No. 20 Cr. 268 (KMK)

Dear Judge Karas:

    The above-referenced matter is currently scheduled for sentencing on January 13, 2020 at 2:00 p.m. In light of the worsening COVID-19 public health crisis and after conferring with Your Honor's chambers, the Government and counsel for the defendant, Susanne Brody, Esq., jointly and respectfully request a 60-day adjournment of the sentencing. This is the first such request for an adjournment of the sentencing.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney

By: */s/ Kevin T. Sullivan*
    Kevin T. Sullivan
    Assistant United States Attorney
    (914) 993-1924

cc:    Susanne Brody, Esq.

*Granted. The sentence will go forward on March 10, 2021 at 11:30 a.m.*

SO ORDERED.

KENNETH M. KARAS U.S.D.J.
1/5/21